nied. *Mr. W. Coburn Cook* for petitioners. *Mr. Louis P. Donovan* for respondent.

No. 1174. SCOTT, STATE ENGINEER, ET AL. *v.* UNITED STATES ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, and *Paul F. Good* for petitioners. *Solicitor General Fahy* and *Assistant Attorney General Littell* for respondents.

No. 1175. GAMBOA, RODRIGUEZ, RIVERA & Co., INC. *v.* IMPERIAL SUGAR Co. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Alfred C. B. McNevin* and *Arnold W. Knauth* for petitioner. *Mr. John P. Bullington* for respondent.

No. 1179. COMMUNITY NATURAL GAS Co. *v.* RAVELL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Hart Willis* for petitioner.

No. 1194. FISHER, RECEIVER, *v.* WHITON, EXECUTRIX. May 25, 1942. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Messrs. S. Bartow Strang, George P. Barse, Lee Roy Stover,* and *Miss Harriet Buckingham* for petitioner. *Mr. C. A. Noone* for respondents.

No. 1213. AMMOND *v.* PENNSYLVANIA RAILROAD Co. ET AL. May 25, 1942. Petition for writ of certiorari to